**STATE of Missouri, Respondent,**

v.

**Rory Dane NITCHER, Appellant.**

**No. WD 38801.**

Missouri Court of Appeals,
Western District.

Dec. 8, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 2, 1988.

Dan J. Pingelton, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John M. Morris, L. Timothy Wilson, Asst. Attys. Gen., for respondent.

Before NUGENT, P.J., and
SHANGLER, and BERREY, JJ.

ORDER

PER CURIAM:

Rory Dane Nitcher appeals his convictions of aiding the escape of a prisoner, § 575.230, R.S.Mo., 1986, armed criminal action, § 571.015.1, R.S.Mo., 1986, unlawful use of a weapon, § 571.030.1(4), R.S.Mo., 1986, possession of an unlawful firearm, § 571.020, R.S.Mo., 1986, and sentences totaling forty-five years as a prior and persistent offender.

Judgment affirmed. Rule 30.25(b).

■

**Arlester E. SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38921.**

Missouri Court of Appeals,
Western District.

Dec. 15, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 2, 1988.

Joseph H. Locascio, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John M. Morris, L. Timothy Wilson, Asst. Attys. Gen., for respondent.

Before NUGENT, P.J., and
SHANGLER and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion.
Judgment affirmed. Rule 84.16(b).